UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSH WEBBER et al.,

                Plaintiffs,

      - against -

DAMON ANTHONY DASH et al.,

                Defendants.

-------------------------------------------------------------X

19-cv-610 (CM) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated on the record during the conference held on November 22, 2019:

    1.    The Court hereby issues sanctions against Defendant Damon Anthony Dash in light of Defendant's repeated disregard of court orders and highly inappropriate conduct during his November 21, 2019 deposition. Defendant is hereby ordered to pay all costs and fees incurred by Plaintiff in connection with the November 21, 2019 deposition. The Court has also taken under advisement Plaintiff's request for terminating sanctions, made in its November 22, 2019 letter to the Court.

    2.    By November 29, 2019, Plaintiff shall provide to the Court a thumb drive containing: (1) a copy of the most recent screener of the film at issue in the form Plaintiff plans to produce to Defendant; and (2) a copy of the screener and any images related to the screener sent to Defendant in advance of the deposition previously scheduled for October 11, 2019.

3. By November 29, 2019, Defendant shall provide to the Court a thumb drive containing a copy of the screener and any images related to the screener sent by Plaintiff in advance of the deposition previously scheduled for October 11, 2019.

4. Defendant's request to amend its counterclaims is denied as untimely, unduly prejudicial, and futile.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 22, 2019
New York, New York