UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSH WEBBER et al.,

                Plaintiffs,

- against -

DAMON ANTHONY DASH et al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

19 cv 610 (CM)(RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having viewed the screener materials submitted by the parties, the Court agrees with Defendants that the initial screener provided by Plaintiffs was obscured by excessive watermarking. Plaintiffs cured that deficiency by subsequently providing an updated screener, which had materially less watermarking. None of this excuses Defendant Dash's behavior at deposition, nor his failure to appear at previously scheduled depositions without having received approval of the Court.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2019
      New York, New York