USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-4-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JOSH WEBBER et al.,

                Plaintiffs,

- against -

DAMON ANTHONY DASH et al.,

                Defendants.

------------------------------------------------------------X

19-cv-610 (LJL) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Based on the Declaration of Defendant Damon Anthony Dash dated March 2, 2020 (Dkt. 145), attesting that "all social media postings concerning the preliminary injunction in this action and those identified in Plaintiffs' contempt motion (Dkt. 132) have been removed" as of February 27, 2020; and

Pursuant to paragraph three of the Order issued by this Court dated, February 26, 2020 (Dkt. 143), which imposed sanctions for failure to comply with prior injunctive orders of this Court; and

Defendant Dash having submitted a proposed order imposing sanctions for reasonable attorneys' fees incurred by Plaintiff in moving for contempt (Dkt. 146), it is hereby ordered that:

Defendants shall pay to Plaintiff as reasonable attorneys' fees the amount of $1,000.00, to be paid on or before April 1, 2020. To the extent the foregoing amount is not paid in full on a timely basis, Defendants shall pay an additional amount of $250.00 per day until such time as the total amount due is satisfied.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2020
      New York, New York