# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020

September 2, 2020

Hon. Robert Lehrburger
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   Webber, et al.  v. Dash, et al
      **DOCKET NO.** 1:19-cv-610-CM

Dear Hon. Judge Lehrburger:

Plaintiff's counsel writes on behalf of all parties. The parties jointly called chambers last week seeking guidance. Pursuant to Docket Entry 131, the defendants were to appear for a deposition at the Courthouse. Due to covid-19, the deposition has not occurred.

The Courthouse is presently having in person activity and the Clerk's Office has informed Plaintiff's counsel that the public is allowed in the Courthouse from 9am-1pm. See Exhibit A. Counsel was informed to speak with Chambers in regard to conducting the deposition of Mr. Dash at the Courthouse as ordered. Plaintiffs' have no interest in a remote deposition.

Plaintiff's seek permission to hold the deposition at the Courthouse, in the next 30 days, provided the Courthouse is open to the public for this purpose.

The SDNY Courthouses are not presently accommodating depositions due to the COVID-19 pandemic. Accordingly, the parties shall make alternative arrangements for the deposition.

Brown & Rosen LLC
By: _____
Christopher L. Brown

SO ORDERED:
9/2/2020  _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

# EXHIBIT A

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE DISTRICT COURT EXECUTIVE THE DANIEL PATRICK
MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 820
NEW YORK, N.Y. 10007-1312
EDWARD A. FRIEDLAND District Court Executive
Voice: (212) 805-0500 Fax: (212) 805-0383

July 2, 2020 SDNY Announces Reopening of Courthouses to the Public

On July 6, 2020, the United States District Court for the Southern District of New York (SDNY) will reopen courthouses to the public, going to Phase II of the Phased Re-Entry Plan. Though the doors of the courthouses were closed, SDNY has remained open during the pandemic, conducting proceedings remotely and accepting filings. All SDNY courthouses will reopen to members of the public who have official business before the court. While proceedings can happen at the courthouses, most will take place remotely. Please consult ECF or Pacer for the latest information on proceedings. Public counters in the Office of the Clerk of Court will be open from 9:30 AM to 1 PM. All individuals seeking to enter an SDNY facility are subject to Standing Order M10-468, which requires that they be screened for COVID-19 exposure before entry will be permitted. Screening includes questions that will assess an individual's likelihood of having COVID-19, as well as measurements of body temperature. Once inside the courthouse, individuals are required to wear masks, observe social distancing and wash or sanitize their hands often. These protocols have been adopted for the safety of all who enter the courthouse. SDNY is committed to carrying out its constitutional mandate of dispensing justice, while doing so safely and in a way that prioritizes the health of all who enter its doors. For more information regarding SDNY's COVID policies, please visit our website at https://nysd.uscourts.gov/ or contact us at 212-805-0500.