```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSH WEBBER, et al.,                     :    19-CV-610 (LJL) (RWL)
                                         :
                 Plaintiffs,             :    ORDER
                                         :
        - against -                      :
                                         :
DAMON ANTHONY DASH, et al.,              :
                                         :
                 Defendants.             :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion for termination sanctions. Any response shall be filed by November 20, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 16, 2020
       New York, New York