

**Main Brooklyn Office**
1602 McDonald Avenue, Brooklyn, NY 11230

**Phone:** (718) 384-2323 ● **Fax:** (718) 384-2555 ● **E-Mail:** natraj@turturrolawpc.com ● www.turturrolawpc.com

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Associate)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

November 24, 2020

*Via ECF*
Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

**RE: Webber, et al. v. Dash, et al; DOCKET NO. 1:19-cv-610-CM**
**Request to Adjourn the December 8, 2020 status conference**

Dear Judge Lehrburger,

This office is counsel to the Defendants in this matter. I write pursuant to your Honor's Individual Rules of Practice Part I., F, to request an *on consent* adjournment of the status and scheduling conference presently scheduled for December 8, 2020 at 2:30pm. ECF Doc. No. 164.

In short, the undersigned is commencing a remote bench trial in the Supreme Court, New York County on the morning of December 7, 2020, which is scheduled to conclude on December 10, 2020. Accordingly, I respectfully request that the December 8, 2020 conference be adjourned to either the afternoon of December 3 or 4, 2020 (counsel for Plaintiffs is also available on these dates and times), or a date and time after December 10, 2020.

This is the first request for the relief sought herein.

Respectfully submitted,

TURTURRO LAW, P.C.

By: Natraj S Bhushan

To (via ECF): Christopher Brown, Esq.

Adjournment granted.  Conference rescheduled for December 3, 2020, at 3:30 p.m.

SO ORDERED:

11/25/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE