USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSH WEBBER, et al.,

                        Plaintiffs,

- against -

DAMON ANTHONY DASH, et al.,

                        Defendants.
-------------------------------------------------------- X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Regarding Plaintiff's application to file an amended complaint (Dkt. 176), which Defendants oppose (Dkt. 177), neither Defendants nor the Court can make a proper evaluation without a draft amended complaint to assess the claims made and the sufficiency of the alleged facts. Accordingly, by January 5, 2021, Plaintiff shall file the proposed amended complaint with a cover letter that also addresses what additional discovery, if any, Plaintiff believes would be sought as a result of the amendments. Within seven days after Plaintiff files the proposed amended complaint, Defendants shall submit a letter stating whether they consent to the amendments and, if not, why not.

                                                     SO ORDERED.

                                                    _____
                                                    ROBERT W. LEHRBURGER
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: December 21, 2020
           New York, New York

1