```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSH WEBBER and MUDDY WATER PICTURES
LLC d/b/a Muddy Water Pictures Inc.,

                                          Plaintiffs,                      19-cv-610 (LJL)

            -v-                                             ORDER

DAMON ANTHONY DASH and POPPINGTON LLC
d/b/a Damon Dash Studios,

                                         Defendants.

-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      At the June 29, 2020 status conference in this case, the parties orally consented to referring the case to Magistrate Judge Lehrburger for all purposes pursuant to 18 U.S.C. § 636(c)(1).  The Court subsequently entered an order referring the case to Magistrate Judge Lehrburger for all purposes.  Dkt. No. 160.  As a result of inadvertence, the Court neglected to have the parties sign the standard consent form, documenting the parties' consent.  The parties are requested to complete the consent form, available on the Southern District's website, and to file it on the docket.

      SO ORDERED.

Dated: February 1, 2021                                                        _____
       New York, New York                                               LEWIS J. LIMAN
                                                                    United States District Judge