```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSH WEBBER, et al.,                          :
                                              :            19-CV-610 (RWL)
                           Plaintiffs,        :
                                              :
         - against -                          :            ORDER
                                              :
DAMON ANTHONY DASH, et al.,                   :
                                              :
                           Defendants.        :
-------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 17, 2021, Plaintiff filed a letter requesting termination sanctions and legal fees due to Defendant Dash's refusal to answer questions at his deposition concerning transfer of assets. (Dkt. 193.) As correctly pointed out in Plaintiff's letter, this Court previously ordered that Dash was responsible for ensuring completion of his deposition without incident, and that Plaintiff was permitted to inquire about transfer of assets at the deposition. Dash has not submitted a letter response in the time frame established by this Court's individual rules. Accordingly, by March 29, 2021, Dash shall file a response demonstrating why sanctions should not be imposed for his violation of this Court's orders.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       March 24, 2021

Copies transmitted this date to all counsel of record.

1