UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JOSH WEBBER, et al.,

                Plaintiffs,

    - against -

DAMON ANTHONY DASH, et al.,

                Defendants.
------------------------------------------------------- X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By Order dated February 1, 2021, Judge Liman directed the parties to file the standard form for consent to Magistrate Judge for all purposes. (Dkt. 183.) The docket does not reflect filing of such document. Accordingly, the parties shall jointly file the applicable form by April 7, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       March 30, 2021

Copies transmitted this date to all counsel of record.

1