

**Main Brooklyn Office**
1602 McDonald Avenue, Brooklyn, NY 11230

**Phone:** (718) 384-2323 ● **Fax:** (718) 384-2555 ● **E-Mail:** natraj@turturrolawpc.com ● www.turturrolawpc.com

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Associate)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

May 12, 2021

*Via ECF*
Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

RE: **Webber, et al. v. Dash, et al; DOCKET NO. 1:19-cv-610-CM**

Dear Judge Lehrburger:

This office is counsel to the Defendants in this matter and this *letter motion* for an extension of time is being submitted pursuant to Rule I.(F) of your Honor's Individual Rules of Practice. Specifically, I write to request that Defendants' time to file opposition to the Plaintiffs' Third Motion For Summary Judgment be extended from an original deadline of May 20, 2021 (30 days after Plaintiffs filed their motion) to May 24, 2021.

Counsel for Plaintiffs does not object and, this is Defendants' first request for an extension of time to answer the amended complaint. In light of the foregoing, it is respectfully requested that the Court grant this motion.

Respectfully submitted,

**TURTURRO LAW, P.C.**

By: /s/Natraj S Bhushan

To (via ECF): Christopher Brown, Esq.

Extension granted; Plaintiffs' time to reply is extended commensurately.

SO ORDERED:
5/12/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1