```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSH WEBBER, et al.,                         :
                                             :           19-CV-610 (RWL)
                            Plaintiffs,      :
                                             :
            - against -                      :           ORDER
                                             :
DAMON ANTHONY DASH, et al.,                  :
                                             :
                            Defendants.      :
-------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants have not responded to Plaintiff's letter dated August 9, 2021 at Dkt. 218 requesting sanctions. If Defendants wish to respond, they shall do so no later than August 20, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1