USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSH WEBBER, et al.,

                Plaintiffs,

   - against -

DAMON ANTHONY DASH, et al.,

               Defendants.
-------------------------------------------------------X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On August 30, 2021, the Court issued a decision denying summary judgment in part. Accordingly, a trial and pre-trial order filing schedule will be set. By September 23, 2021, the parties shall notify the Court as to any weeks they are not available for trial during the first quarter of 2022. Due to the ongoing pandemic-related conditions, trial dates are centrally coordinated, jury trials are limited to a select group of reconfigured courtrooms, and criminal trials take precedent over civil trials. The Court thus can request a particular date for trial but there is no guarantee trial will go forward on that date. Nonetheless, counsel must be fully prepared to proceed on the scheduled date. If the parties consent to a bench trial, the Court can provide a firm, and earlier, trial date. In the event that the parties request a bench trial, the dates of non-availability provided to the Court should include November and December of this year in addition to first quarter 2022.

      SO ORDERED.

      _____
      ROBERT W. LEHRBURGER
      UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2021
New York, New York

Copies transmitted this date to all counsel of record.