**BROWN & ROSEN LLC**

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021

September 27, 2021

Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   Webber, et al. v. Dash, et al
      **DOCKET NO.** 1:19-cv-610-LWL/RJL

Dear Hon. Judge Lehrburger:

This office is counsel to the Plaintiffs in this matter. Pursuant to this Court's Order at Docket Entry 224, the parties submit the following information relating to trial.

Plaintiff contends that the trial is a 3 day trial and consents to a bench trial. Defendants contend this is a 4 day trial and do not consent to a bench trial.

Plaintiff is available in January 2022, 11-14 and 25-28 for trial. Defendants contend they have no availability to for a trial in January 2022.

Plaintiff is available In February 2022 from 9-11 and 22-25 for trial. Defendants contend have no availability in February 2022.

Both parties are available for trial in March 2022, 9-11 and 23-25 for trial.

Sincerely,
Brown & Rosen LLC
By: _____
Christopher L. Brown

The time frames of availability for trial provided by the parties are too narrow. Even though trial is expected to be only 3-4 days, the parties should plan on making themselves available for a consecutive 5 days to allow for unexpected contingencies. Further, the Court does not deem acceptable Defendant's position that he is not available for trial at all during January and February of 2022. The Court will hold a telephone conference with counsel to discuss scheduling.

SO ORDERED:

_____  9/28/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE