```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSH WEBBER, et al.,

                Plaintiffs,

    - against -

DAMON ANTHONY DASH, et al.,

                Defendants.
------------------------------------------------------X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves the issue concerning whether Brian White may be a witness at trial. *See* Dkts. 249-250.

    Plaintiff's application is granted. Brian White shall be added to the witness list. Brian White was disclosed as a witness with knowledge on whom Plaintiffs may rely in their initial disclosures dated April 14, 2019. Defendants also were aware of Brian White's involvement as evidenced by Defendant Dash's deposition testimony in November 2019, as well as Dash's own social media postings in January 2019. Defendants literally have had years to depose Brian White if they had wanted to.

    As Plaintiffs have added Brian White to the witness list since the parties' joint submission, Defendants shall have the opportunity to identify additional exhibits, if any, to be added to their exhibit list. Defendants must identify to Plaintiff any such exhibits no later than March 14, 2022, and the parties shall jointly file an amended exhibit list no later than March 16, 2022.

                SO ORDERED.

                _____

                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: March 10, 2022
New York, New York


Copies transmitted this date to all counsel of record.