```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JOSH WEBBER, et al.,                       :
                                           :       19-CV-610 (RWL)
                       Plaintiffs,         :
                                           :
           - against -                     :       ORDER
                                           :
DAMON ANTHONY DASH, et al.,                :
                                           :
                       Defendants.         :
-------------------------------------------------- X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 3/30/2022**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By April 6, 2022, Plaintiffs shall submit a proposed form of judgment for entry for the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 30, 2022
New York, New York

Copies transmitted this date to all counsel of record.

1