UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH WEBBER and<br>MUDDY WATER PICTURES LLC d/b/a<br>MUDDY WATER PICTURES, INC.<br>Plaintiffs<br>v.<br><br>DAMON ANTHONY DASH and<br>POPPINGTON LLC D/B/A DAME DASH<br>STUDIOS<br>Defendants | ) 19-CV-610-RWL<br>) DEFENDANTS'<br>) PROPOSED<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Deleted:** CORRECTED

Pursuant to a jury verdict on March 30, 2022, after jury findings of copyright infringement and defamation in favor of Josh Webber ("Webber") and "Muddy Water Pictures LLC d/b/a Muddy Water Pictures, Inc. ("Muddy") committed by defendants Damon Anthony Dash ("Dash") and Poppington LLC d/b/a Dame Dash Studios ("Poppington"), for the reasons stated in the jury verdict dated March 30, 2022, final judgment is entered in favor of plaintiffs, and against both defendants, jointly and severally and the following judgment for damages and other rights shall enter:

1. The sum of $30,000.00 to Muddy for copyright infringement pursuant to the United States Copyright Act;

2. Muddy is the sole owner of film "Dear Frank" aka "The List" pursuant to the United States Copyright Act;

3. The sum of $125,000.00 to Muddy for punitive damages for defamation;

**Deleted:** upon a finding of defamation as the jury found Defendants' defamatory conduct was malicious or reckless, awarding

4. The sum of $400,000.00 to Webber for compensatory damages upon a finding of defamation;

5.      The sum of $250,000.00 punitive damages to Webber for defamation;

The total award in the amount of $805,000, plus post-judgment interest at the rate of

1.55% per annum  accruing from the date of entry of the judgment, 28 U.S.C. § 1961;

6.      Costs in the amount of $400.00; and,

7.      Defendants are permanently  enjoined from marketing, advertising, promoting,

distributing, selling, or copying the film Dear Frank aka The List without Muddy's consent;

accordingly, the case is closed.


SO ORDERED.


_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2022
New York, New York

**Deleted:** to Webber upon a finding of defamation as the jury found Defendants' defamatory conduct was malicious or reckless, awarding

**Deleted:** filing of this action

**Deleted:** , see

**Deleted:** Plaintiffs'

**Deleted:** 1