```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
JOSH WEBBER and
MUDDY WATER PICTURES LLC d/b/a
MUDDY WATER PICTURES, INC.,

                      Plaintiffs,
      -against-

DAMON ANTHONY DASH and
POPPINGTON LLC D/B/A DAME DASH
STUDIOS,

                      Defendants.
_____

19-CV-610-RWL

**JUDGMENT**

       The jury in this case rendered a unanimous verdict on March 30, 2022 in favor of Plaintiffs Josh Webber ("Webber") and "Muddy Water Pictures LLC d/b/a Muddy Water Pictures, Inc. ("Muddy"), and against Defendants Damon Anthony Dash ("Dash") and Poppington LLC d/b/a Damon Dash Studios ("Poppington"). In accordance with that verdict, judgment is entered against Defendants jointly and severally, as follows:

       1.      Muddy is declared to be the sole owner of the film "Dear Frank" aka "The List" pursuant to the United States Copyright Act;

       2.      Defendants shall pay the sum of $30,000.00 to Muddy as statutory damages for copyright infringement pursuant to the United States Copyright Act;

       3.      Defendants shall pay the sum of $125,000.00 to Muddy as punitive damages for defamation;

       4.      Defendants shall pay the sum of $400,000.00 to Webber as compensatory damages for defamation;

5. Defendants shall pay the sum of $250,000.00 to Webber as punitive damages for defamation;

6. Defendants shall pay post-judgment interest on all amounts awarded at the rate of 1.55% per annum accruing from the date of entry of the judgment pursuant to 28 U.S.C. § 1961;

6. Defendants shall pay Dash and Muddy a total of $400.00 as costs; and,

7. Defendants are permanently enjoined from marketing, advertising, promoting, distributing, selling, or copying the film Dear Frank aka The List without Muddy's consent.

The Clerk of Court is directed to close the case.

Dated: April 8, 2022
New York, New York

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE