```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
JOSH WEBBER and                                   :
MUDDY WATER PICTURES LLC d/b/a                    :
MUDDY WATER PICTURES, INC.,                       :        19-CV-610-RWL
                                                  :
                        Plaintiffs,               :
            -against-                             :
                                                  :        **ORDER**
                                                  :
DAMON ANTHONY DASH and                            :
POPPINGTON LLC D/B/A DAME DASH                    :
STUDIOS,                                          :
                                                  :
                        Defendants.               :
---------------------------------------------------------------

This order addresses Defendants' request at Dkt. 292 for the Court to issue a "formal ruling" on their Rule 50 motion made at the close of evidence on March 28, 2022 (p.550 of the trial transcript). The Court necessarily denied that motion in entering final judgment on April 8, 2022 (Dkt. 271) and amended final judgment on April 11, 2022 (Dkt. 274).

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: May 11, 2022
New York, New York

1