```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
JOSH WEBBER and
MUDDY WATER PICTURES LLC d/b/a
MUDDY WATER PICTURES, INC.,

                Plaintiffs,

-against-

DAMON ANTHONY DASH and
POPPINGTON LLC D/B/A DAME DASH
STUDIOS,

                Defendants.
_____

19-CV-610-RWL

**SECOND AMENDED JUDGMENT**

Whereas on March 30, 2022, the jury rendered a unanimous verdict in favor of Plaintiffs Josh Webber ("Webber") and Muddy Water Pictures LLC d/b/a Muddy Water Pictures, Inc. ("Muddy"), and against Defendants Damon Anthony Dash ("Dash") and Poppington LLC d/b/a Dame Dash Studios ("Poppington") (see Dkt. 265); and

Whereas on June 20, 2022, Plaintiff Muddy filed a letter accepting partial remittitur of punitive damages pursuant to the Court's order and decision resolving Defendants' post-trial motion (see Dkt. 305, 309);

FINAL JUDGMENT is entered against Defendants jointly and severally, as follows:

1. Muddy is declared to be the sole owner of the film "Dear Frank" aka "The List" pursuant to the United States Copyright Act;

2. Defendants shall pay the sum of $30,000.00 to Muddy as statutory damages for copyright infringement pursuant to the United States Copyright Act;

3. Defendants shall pay the sum of $25,000.00 to Muddy as punitive damages for defamation;

1

4. Defendants shall pay the sum of $400,000.00 to Webber as compensatory damages for defamation;

5. Defendants shall pay the sum of $250,000.00 to Webber as punitive damages for defamation;

6. Defendants shall pay post-judgment interest on all amounts awarded at the rate of 1.55% per annum accruing from the date of entry of the judgment pursuant to 28 U.S.C. § 1961;

7. Defendants shall pay Webber and Muddy a total of $400.00 as costs; and,

8. Defendants are permanently enjoined from marketing, advertising, promoting, distributing, selling, or copying the film Dear Frank aka The List without Muddy's consent.

Dated: June 21, 2022
New York, New York

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE