# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:19-cv-00610-RWL

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-two.

_____

Josh Webber,

      Plaintiff - Appellee,

Muddy Water Pictures LLC, DBA Muddy Water Pictures, Inc.,

      Plaintiff-Counter-Defendant - Appellee,

v.

Damon Anthony Dash,

      Defendant-Counter-Claimant - Appellant,

Poppington LLC, DBA Damon Dash Studios,

      Defendant - Appellant.

_____

**ORDER**

Docket Nos. 22-928(L), 22-1389(Con)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 19 2022
```

On May 11, 2022, this Court stayed the appeal under docket 22-928 pending the district court's decision on Appellants' motion pursuant to Federal Rule of Civil Procedure 59. The district court has decided the motion, Appellants have filed a new appeal, and the appeals have been consolidated. Now, Appellants have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 12, 2022 as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

IT IS HEREBY ORDERED that the appeal under docket 22-928 is lifted from abeyance. Appellants' brief must be filed on or before October 11, 2022. The appeals are dismissed effective October 11, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013)].

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/19/2022