```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――
JOSH WEBBER and                                  :
MUDDY WATER PICTURES LLC d/b/a    :
MUDDY WATER PICTURES, INC.,              :        19-CV-610-RWL
                                                                 :
                                    Plaintiffs,              :
                    -against-                                :
                                                                 :        **JUDGMENT**
DAMON ANTHONY DASH and              :
POPPINGTON LLC D/B/A DAME DASH :
STUDIOS,                                                   :
                                                                 :
                                    Defendants.          :
―――――――――――――――――――――――――――:

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

WHEREAS, on June 21, 2022, the Court entered an Amended Judgment in favor of the Plaintiffs and against Defendants; and

WHEREAS, the Amended Judgment included judgment in favor of Muddy Water Pictures LLC on claims of copyright infringement against Defendants under the United States Copyright Act; and

WHEREAS, the Amended Judgment did not include attorney's fees, which have been considered since then by separate application pursuant to the United States Copyright Act; and

WHEREAS on July 14, 2022, the Court entered an order awarding $117,884.71 in reasonable attorney's fees and costs;

JUDGMENT is hereby entered in favor of Plaintiff Muddy Water Pictures LLC against Defendants for legal fees in the amount of $117,884.71.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2022
New York, New York