```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
JOSH WEBBER and                                        :
MUDDY WATER PICTURES LLC d/b/a                         :
MUDDY WATER PICTURES, INC.,                            :      19-CV-610-RWL
                                                       :
                         Plaintiffs,                   :
         -against-                                     :
                                                       :      **ORDER**
DAMON ANTHONY DASH and                                 :
POPPINGTON LLC D/B/A DAME DASH                         :
STUDIOS,                                               :
                                                       :
                         Defendants.                   :
---------------------------------------------------------

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

By motion filed March 1, 2023, Plaintiffs sought to compel Defendants' discovery responses to post-judgment discovery. (Dkt. 324.) In particular, Plaintiffs seek enforcement of their request for Defendants' tax returns for 2021 and 2022. There having been no opposition filed, the motion is granted.

Defendants shall produce their 2021 and 2022 tax returns by March 29, 2023. To the extent any tax return has not yet been filed, Defendants shall produce the return within 10 days of having filed it with the relevant tax authority.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2023
New York, New York

1