UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
JOSH WEBBER and                                    ) 19-CV-610-RWL
MUDDY WATER PICTURES LLC d/b/a                     )
MUDDY WATER PICTURES, INC.                         )
    Plaintiffs                                    ) MOTION TO
v.                                                 ) SELL ASSET
                                                   )  OF DAMON DASH
DAMON ANTHONY DASH and                             )
POPPINGTON LLC D/B/A DAMON DASH                    )
    Defendants                                     )
_____)

    Plaintiffs file the instant motion pursuant to the Federal Rules of Civil Procedure to sell the assets of Damon Dash. In particular, Plaintiff seeks to sell Dash's interest in Roc-a-Fella Records Inc., a New York Entity, DOS Number 1988516.

    Two Judgments of the United States District Court for the Southern District of New York, has been filed in this action.  See Docket Entries 310 and 322.

    Two  writs of execution were received from the Court in this case and the United States Marshal severed the writs on  Damon Dash and Roc-a-Fella- Records Inc. See Exhibits A and B.

    Damon Dash and Roc-a-Fella-Records, Inc. did not respond to the Writs of Execution. There are two judgments (1) jury verdict of $705,400.00 and (2) judgment for legal fees in the amount of $117,884.71 which remain unsatisfied.

    Plaintiff seeks an Order as drafted at Exhibit C, to sell Damon Dash's interest in Roc-A-Fella Records Inc., at public auction.

    Damon Dash is a one-third owner of Roc-a-Fella-Records Inc. as indicated in the case of 21-cv-05411-JPC, Roc-a-Fella- Records Inc. v. Dash (Southern District of New York). Roc-a-Fella-Records Inc. is a New York entity, DOS Number 1988516.  Dash's interest in the company shall be sold  at the United States Marshal's Office, located at 500 Pearl Street, New York, NY 10007, on  September 14, 2023  at 1pm, or any other date, determined the United States Marsha's Office to be reasonable.

    The Plaintiff will provide notice of the sale  by publishing a notice of sale in a local New York City newspaper at least two (2) weeks before the sale is to occur and shall file a  copy of the notice with the Court at least one (1) week before the sale of Damon Dash's asset.

                                                  JOSH WEBBER and MUDDY
WATER PICTURES LLC d/b/a
MUDDY WATER PICTURES, INC.
By Their Attorneys,

_/s/ Christopher L. Brown_____

Christopher L. Brown
Brown & Rosen LLC
Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)

August 7, 2023

# EXHIBIT A

# EXHIBIT B

# EXHIBIT C