```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――
JOSH WEBBER and                               :
MUDDY WATER PICTURES LLC d/b/a                :
MUDDY WATER PICTURES, INC.,                   :         19-CV-610-RWL
                                              :
                    Plaintiffs,               :
        -against-                             :
                                              :         **ORDER**
DAMON ANTHONY DASH and                        :
POPPINGTON LLC D/B/A DAME DASH                :
STUDIOS,                                      :
                                              :
                    Defendants.               :
―――――――――――――――――――――――――:

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

The most recent brief filed regarding the pending issue of intervention (Dkt. 351), quotes from the minutes of a board meeting attended by Jordan W. Siev as counsel for Mr. Carter and indicating that Mr. Siev was voted to act as secretary for purposes of the meeting.  (Dkt. 351 at 6.)  The parties are advised that Mr. Siev is indirectly related to me by marriage and that I see and converse with Mr. Siev at family gatherings.  I do not believe that this fact creates a conflict of interest requiring recusal, but the parties should consider that Mr. Siev conceivably (even if unlikely) could be a witness at some point in these proceedings and otherwise represented and may continue to represent one of the three principals of RAF.  Accordingly, the parties and RAF shall meet and confer to address whether any party (including RAF) objects to my continued assignment to this case and requests that I recuse myself.  By October 16, 2023, the parties shall jointly file a letter indicating whether any party so objects and requests my recusal.  In the event, a party does so object and request my recusal, the letter shall not identify the objecting

1

party but shall simply state that one or more of the parties objects and requests my recusal.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 5, 2023
New York, New York

2