```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------
JOSH WEBBER and                               :
MUDDY WATER PICTURES LLC d/b/a                :
MUDDY WATER PICTURES, INC.,                   :    19-CV-610-RWL
                                              :
                        Plaintiffs,           :
           -against-                          :
                                              :    **ORDER**
DAMON ANTHONY DASH and                        :
POPPINGTON LLC D/B/A DAME DASH                :
STUDIOS,                                      :
                                              :
                        Defendants.           :
--------------------------------------------------

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

As discussed at the case management conference held via Teams on November 2, 2023, and for the reasons stated on the record, Plaintiff's motion for reconsideration of the Court's order at Dkt. 339 is denied. To be clear, the denial ordered by Dkt. 339 was without prejudice, and remains as such. The Clerk of Court is respectfully requested to terminate the motion at Dkt. 346.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2023
New York, New York