UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSH WEBBER, and
MUDDY WATER PICTURES LLC d/b/a
MUDDY WATER PICTURES, INC.,

                                              Plaintiffs,

                                  v.-

DAMON ANTHONY DASH, and
POPPINGTON LLC d/b/a
DAMON DASH STUDIOS,

                                           Defendants.
-------------------------------------------------------------------X

**ECF CASE**

19-CV-610 (RWL)

**ORDER**

       WHEREAS, by letter motion dated March 21, 2024 (Dkt. 373), the City of New York Department of Social Services ("NYCDSS") sought leave to intervene in this action as of right pursuant to Fed. R. Civ. P. 24(a)(2) for the purpose of enforcing priority of child support liens against defendant Damon Dash and seeking a modification of the Courts' order dated February 13, 2024 (Dkt. 370), to provide for the priority payment of said liens from the proceeds of the sale of the stock certificate representing defendant Dash's interest in Intervenor Roc-A-Fella Records, Inc., at an auction sale by the U.S. Marshal; and

       WHEREAS, NYCDSS's counsel represented to the Court that both Plaintiff and Defendant have consented to NYCDSS's intervention and have acknowledged that NYCDSS is entitled to priority of payment of the child support liens; and

       WHEREAS, intervenor Roc-A-Fella Records Inc. took no position with respect to NYCDSS's letter motion for intervention and modification of the Court's order dated February 13, 2024; and

WHEREAS, by order dated March 28, 2024 (Dkt. 374), the Court granted NYCDSS's motion to intervene and directed NYCDSS to submit a proposed modified order for the Court's consideration by April 15, 2024; and

WHEREAS, the Court has received no objection to the proposed modified order from the parties or from intervenor Roc-A-Fella Records Inc.

NOW, THEREFORE, it is hereby ordered that paragraph 5 of the Court's order dated February 13, 2024 (Dkt. 370) is modified to read as follows: "Following completion of the auction sale, the U.S. Marshal shall deliver (i) to NYCDSS, an amount equal to the then unpaid child support obligations of Defendant Damon Dash; and (ii) to Plaintiffs, an amount not to exceed the amount owed to them pursuant to the Judgment plus post-judgment interest; and (iii) to Dash, the remaining proceeds, if any, from the auction sale."

SO ORDERED

: _____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April   , 2024
       New York, New York