UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
JOSH WEBBER and                              ) 19-CV-610-RWL
MUDDY WATER PICTURES LLC d/b/a               )
MUDDY WATER PICTURES, INC.                   ) AFFIDAVIT OF
       Plaintiffs                            ) CHRISTOPHER BROWN
v.                                           )
                                             )
DAMON ANTHONY DASH and                       )
POPPINGTON LLC D/B/A DAMON DASH              )
STUDIOS                                      )
       Defendants                            )
_____)

1. My name is Christopher Brown and I make this affidavit under the pains and penalty of perjury. I am over the age of twenty-one and I am the Managing Member of Brown & Rosen LLC. I am counsel to the Plaintiffs in this litigation and make this affidavit based on my personal knowledge.

2. Attached as Exhibit 1 is a true copy of the Abstract Judgment in Brown v. Dash, 23-mc-0092. The judgment was domesticated in the Southern District of New York. My office was counsel of record.

3. Attached as Exhibit 2 is a true copy of the return of service completed by the United States Marshal in in Brown v. Dash, 23-mc-0092.

4. Attached as Exhibit 3 is a true copy of Abstract Judgment in Bunn v. Dash, 24-mc-00317 dated July 2024. The Judgment was domesticated in the Southern District of New York. My office was counsel of record.

                                     /s/ Christopher L. Brown
                              _____
                                Christopher L. Brown
                                Brown & Rosen LLC
                                Attorneys At Law
                                100 State Street, Suite 900
                                Boston, MA 02109
                                617-728-9111 (T)
August 1, 2024                cbrown@brownrosen.com

# EXHIBIT 1

ABSTRACT OF JUDGMENT

Re: Brown v. Poppington LLC, et al

Case Number: 23-00092-ER

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Damon Dash<br>228 McLean Point<br>Winter Haven, FL 33884<br><br>Poppington LLC<br>DOS NY-4527652<br>13547 Ventura Blvd. No, 199<br>Sherman Oaks, CA 91423 | Christopher Brown<br>100 State Street, Suite 900<br>Boston, MA 02109 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| Damon Dash<br>$62,593.04<br><br>Poppington LLC<br>$62,593.04<br><br>Jointly and severely owed by Dash and Poppington LLC<br>$400.00<br><br>Total of Judgment<br>$125,586.08 | Christopher Brown, Esq.<br>Brown & Rosen LLC<br>100 State Street, 9th Floor<br>Boston, MA 02109 | December 29, 2022 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York                , New York
April 05, 2023
RUBY J. KRAJICK, Clerk of Court

By, Deputy Clerk

# EXHIBIT 2

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Christopher Brown | 23-mc-0092 |
| DEFENDANT | TYPE OF PROCESS |
| Damon Dash | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Damon Dash c/o Natraj Bhushan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
TURTURRO LAW, 1361 N. Railroad Avenue Staten Island, NY 10306

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christopher Brown, Brown & Rosen LLC, 100 State Street, 9th Floor, Boston, MA 02109

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Writ of Execution to sell Damon Dash's interest in Roc-a-Fella Records Inc. to satisfy mulitple judgments.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 617-697-8212
DATE: 5/25/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 2/2
District of Origin No. 54
District to Serve No. 54
Signature of Authorized USMS Deputy or Clerk
Date: 5/30/2023

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Sergio M. Rumayor

Date: 5/31/23
Time: 1520 ☐ am ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

2 hours   32 miles   (roundtrip)

2 hours × $65 = $130.00
32 miles × .655 = $20.96
Total $150.96

heavy traffic in both directions caused delays.

DUSM Hours?    DUSM miles?

Form USM-285
Rev. 03/21

054-1:2023-mc-00092-2

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, August 16, 2023 4:13 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:23-mc-00092-ER Brown v. Poppington LLC et al Marshal's Process Receipt and Return of Service Executed Other

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/16/2023 at 4:12 PM EDT and filed on 8/8/2023

**Case Name:**         Brown v. Poppington LLC et al
**Case Number:**       1:23-mc-00092-ER
**Filer:**             Christopher Brown
**WARNING: CASE CLOSED on 04/05/2023**
**Document Number:** 10

**Docket Text:**
**MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Writ of Execution served on Damon Dash c/o Natraj Bhushan, Esq on 5/31/23. Service was accepted by Sergio M. Rumayor. I HEREBY CERTIFY & RETURN THAT I HAVE NOT RECEIVED ANY FUNDS FOR CASE #22MC92. JUDGMENT: UNSATISFIED. U.S. MARSHALS SERVICE Document filed by Christopher Brown. (sc)**

**1:23-mc-00092-ER Notice has been electronically mailed to:**

Christopher Lloyd Brown    cbrown@brownrosen.com

**1:23-mc-00092-ER Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=8/16/2023] [FileNumber=29955912-0] [4ed88d06b30ef56795d8e3251ecbe91517df8583d5918fbf30e61776b0671536cfa582c38defaace20438391da5f359fdc7986f41d6cdbc3e60cea25d191a582]]

# EXHIBIT 3

ABSTRACT OF JUDGMENT

Re: Bunn v. Dash, et al

Case Number: 24-317

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Damon Dash<br>228 McLean Point Winter Haven, FL 33884<br><br>Raquel Horn<br>228 McLean Point Winter Haven, FL 33884<br><br>Poppington LLC DOS NY-4527652<br>13547 Ventura Blvd. No, 199 Sherman Oaks, CA 91423 | Monique Bunn<br>c/o Brown & Rosen LLC<br>100 State Street, Suite 900<br>Boston, MA 02109 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| Damon Dash<br>$12,000.00<br><br>Raquel Horn<br>$12,000.00<br><br>Poppington LLC<br>6,000.00 | Christopher Brown<br>Brown & Rosen LLC<br>100 State Street, Suite 900<br>Boston, MA 02109 | February 23, 2023 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York, New York
July 15, 2024
DANIEL ORTIZ, Acting Clerk of Court

By, _____ Deputy Clerk

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Monday, July 15, 2024 12:12 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-mc-00317-DEH Bunn v. Damon A. Dash et al. Abstract of Judgment Issued

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 7/15/2024 at 12:11 PM EDT and filed on 7/15/2024

**Case Name:**        Bunn v. Damon A. Dash et al.

**Case Number:**      1:24-mc-00317-DEH

**Filer:**

**WARNING: CASE CLOSED on 07/15/2024**

**Document Number:** No document attached

**Docket Text:**
**ABSTRACT OF JUDGMENT ISSUED on July 15, 2024 in favor of Monique Bunn against Poppington LLC, Damon A Dash, Raquel Horn in the amount of $ $30,000. Abstract of Judgment Mailed by the Court. (tp)**

**1:24-mc-00317-DEH Notice has been electronically mailed to:**

Christopher Lloyd Brown     cbrown@brownrosen.com

**1:24-mc-00317-DEH Notice has been delivered by other means to:**