```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------
JOSH WEBBER and                                          :
MUDDY WATER PICTURES LLC d/b/a                           :
MUDDY WATER PICTURES, INC.,                              :         19-CV-610-RWL
                                                         :
                            Plaintiffs,                  :
            -against-                                    :
                                                         :         **ORDER**
DAMON ANTHONY DASH and                                   :
POPPINGTON LLC D/B/A DAME DASH                           :
STUDIOS,                                                 :
                                                         :
                            Defendants.                  :
------------------------------------------------------------

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

On August 21, 2024, the New York State Department of Taxation and Finance (the "Department") filed a letter motion at Dkt. 388 to intervene given its interest in collecting on outstanding taxes due by Defendant Dash. Dash Plaintiffs, and other creditors do not oppose the motion, subject to certain qualifications and conditions. (See Dkt. 394, 396.) The Court finds that the Department is entitled to intervene as of right, and, even absent that, to do so permissibly.

Additionally, Plaintiffs seek to have the time to conduct the auction of Dash's interest in Roc-A-Fella Records Inc. extended through September 21, 2024 and issue a new notice with a revised minimum bid. No party has expressed opposition to doing so.

Additionally, the NYC Department of Social Services ("NYCDSS") requests a stay of distribution of any monies collected by the U.S. Marshal from the auction so that adverse claims of priority, if any, can be resolved in advance. (See Dkt. 392.) Plaintiffs oppose the request. (See Dkt. 395.)

1

Accordingly:

1. The Department's request to intervene is GRANTED.

2. The time to conduct the auction is extended to September 21, 2024; the U.S. Marshal shall publish a revised notice the earlier of (i) September 7, 2024, or, (ii) such time as required by statute, regulation, or rule.

3. The Court will schedule a conference to discuss NYCDSS's request for a stay of distribution of funds.

The Clerk of Court is directed to terminate the letter motions at Dkts. 388, 392, and 394.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 27, 2024
New York, New York