```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

JOSH WEBBER and  
MUDDY WATER PICTURES LLC d/b/a  
MUDDY WATER PICTURES, INC.,  

                Plaintiffs,  

-against-  

DAMON ANTHONY DASH and  
POPPINGTON LLC D/B/A DAME DASH  
STUDIOS,  

                Defendants.  
―――――――――――――――――――――――――――

19-CV-610-RWL

**ORDER**

*USDC SDNY*  
*DOCUMENT*  
*ELECTRONICALLY FILED*  
*DOC #: _____*  
*DATE FILED: 9/12/2024*

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

    Based on the conference held via Microsoft Teams on September 12, 2024:

    1.  The auction of Mr. Dash's one-third interest in ROC scheduled for September 21, 2024 is adjourned for a period of at least 30 days.  The auction shall be rescheduled for a date between 30 and 60 days after September 21, 2024.  By **September 16, 2024**, Plaintiff's counsel shall so inform and coordinate with the U.S. Marshal as necessary to schedule the auction and provide notice for both adjournment and rescheduling of the auction.

    2.  By **September 26, 2024**, Plaintiff shall submit a letter of no more than five pages setting forth authority, if any, as to whether Plaintiff is permitted to set a reserve for the auction.  Any response thereto shall be filed by **October 3, 2024**, by letter of no more than five pages.

    3.  The parties and intervenors shall meet and confer among each other and with counsel for Ms. Roy to determine the extent of agreement on priority of distribution of proceeds from the auction.  By **September 26, 2024**, Plaintiff shall file a status report and

include a proposed order on priority of distribution. Any party or intervenor objecting to the proposed order shall do so by **October 3, 2024** by letter of no more than five pages explaining the basis for the objection. Plaintiff or any other party or intervenor may file a response of no more than five pages to any such objection no later than **October 10, 2024**.

    4. The distribution of proceeds from the auction is stayed pending entry of an order by the Court establishing priority of distribution and lifting the stay.

    5. Counsel for NYC and Dash shall meet and confer about NYC's request for a court-supervised deposition of Mr. Dash. By **September 19, 2024**, Dash shall file a response to NYC's request.

    By separate order, the Court will address the application for intervention by Ms. Roy.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2024
New York, New York