UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSH WEBBER and
MUDDY WATER PICTURES LLC d/b/a
MUDDY WATER PICTURES, INC.,

     Plaintiffs,

-against-

DAMON ANTHONY DASH and
POPPINGTON LLC D/B/A DAME DASH
STUDIOS,

     Defendants.

---

19-CV-610-RWL

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

  By letter filed September 11, 2024 (Dkt. 401), non-party Rachel Roy requests a conference to address her intended application to intervene. The Court accepts Roy's letter as the motion to intervene. Any opposition thereto shall be filed by letter of no more than five pages by **September 19, 2024**. Any reply by Roy shall be filed by **September 26, 2024**, by letter of no more than five pages. The request for a conference is denied as moot.

          SO ORDERED.

          _____
          ROBERT W. LEHRBURGER
          UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2024
New York, New York

1