# SUARES & ASSOCIATES

ATTORNEYS AT LAW
833 FLATBUSH AVENUE
SUITE 100
BROOKLYN, NEW YORK 11226
dsuares@suaresassociates.com

TEL:   718-622-8450                                                                 FAX:   718-282-3113

September 26, 2024

Honorable Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
Room 1960
United States Courthouse
New York, NY 10007

Re:   <u>Josh Webber, et al. v. Damon Anthony Dash, et al., Docket No.: 1: 19 Civ</u>.
      <u>00610-RWL</u>

Dear Honorable Magistrate Lehrburger:

I am the attorney for Rachel Roy. Rachel Roy is the ex-wife and mother of two of Defendant, Damon A. Dash's children. I also represent Cindy Morales, the mother of one of Damon Dash's children. I am writing in reply to the opposition to Ms. Roy's Letter Motion to Intervene (ECF 401) filed by counsel for Plaintiff's (ECF 405) and Dash (ECF 407).

I am currently attempting to enforce a money judgment ordered by New York Supreme Court on August 26, 2024 (the "Dash Money Judgment"). The Dash Money Judgment includes $72,196.19 for child support arrears, $52,276.00 for school tuition, $6,433.08 in school-related expenses, and $4,260.70 in statutory interest on the judgment.

The City of New York (the "City"), acting by and through the NYC Department of Social Services ('NYCDSS") is attempting to collect the child support arrears portion of the money judgment. NYCDSS cannot collect school tuition, school-related expenses, and interest from the Dash Money Judgment which necessitates Ms. Roy's intervention in the referenced matter.

Further, Mr. Dash and Ms. Roy have agreed to resolve Ms. Roy's Order to Show Cause filed in New York Supreme Court with an undertaking of $750,000 for future child support and educational expenses. NYCDSS will only be able to collect future child support from this undertaking.

Further, Ms. Roy's Letter Motion to Intervene was timely filed. The Dash Money Judgment was docketed on August 26, 2024. I filed my Letter Motion to Intervene on September 11, 2024.

Mr. Dash has also agreed to an undertaking with Ms. Morales for $158,455.31 for school tuition and educational expenses.

Please contact me with any questions or comments on the enclosed. Thank you.

Sincerely,

*Donnell. Suares*

Donnell Suares