UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSH WEBBER and
MUDDY WATER PICTURES LLC d/b/a
MUDDY WATER PICTURES, INC.,

          Plaintiffs,

-against-

DAMON ANTHONY DASH and
POPPINGTON LLC D/B/A DAME DASH
STUDIOS,

          Defendants.

---

19-CV-610-RWL

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

This order addresses two pending issues concerning the auction of Damon Dash's one-third interest in Roc-a-Fella Records, Inc.

1. **Reserve:** Plaintiffs' counsel has represented that New York City Department of Social Services ("NYCDSS") has withdrawn its objection to a reserve being set for the auction. (*See* Dkt. 422, 424 at 1.) Having reviewed Plaintiffs' submission regarding the propriety of proceeding by reserve, the Court authorizes a reserve to be set for the auction as described by Plaintiffs. (*See* Dkt. 424 at 1-2.)

2. **Priority:** Plaintiffs' counsel has represented that the relevant creditors of Dash have agreed to the order and amounts of priority for distribution of proceeds of the auction. (*See* Dkt. 424.) By October 14, 2024, Plaintiff shall file a stipulation setting forth that information (as presented in Dkt. 424 at 3), agreed to and signed by counsel for NYCDSS; counsel for Roy and Morales; counsel for New York State Department of Taxation & Finance; counsel for Plaintiffs; counsel for Intervenors Brown and Bunn; and counsel for Intervenor Brooks.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 8, 2024
New York, New York