UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| JOSH WEBBER and | : | |
| MUDDY WATER PICTURES LLC d/b/a | : | |
| MUDDY WATER PICTURES, INC., | : | 19-CV-610-RWL |
| | : | |
| Plaintiffs, | : | |
| -against- | : | |
| | : | **ORDER** |
| DAMON ANTHONY DASH and | : | |
| POPPINGTON LLC D/B/A DAME DASH | : | |
| STUDIOS, | : | |
| | : | |
| Defendants. | : | |

_____:

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

Based on the parties' and intervenors' submissions regarding priority of distribution, the Court understands that proceeds from the sale of judgment-debtor Dash's one-third interest in Roc-A-Fella Records, Inc. ("RAF") will be distributed in the following order of priority:

1.  The United States Marshal's fee and the cost of the auction incurred by Plaintiffs (but not legal fees of Plaintiff's counsel).

2.  NYC Department of Social Services ("NYCDSS") for child support arrearages due by Dash to Rachel Roy and Cindy Morales in the amount of $223,000.00, plus any additional arrearages due at the time of distribution.

3.  Donnell Suares (Suares & Associates), as attorney for Rachel Roy, for school tuition and related expenses in the amount of $58,709.08, plus interest, as per the judgment dated August 26, 2024.

4.  NYS Dept. of Taxation & Finance ("NYS") in the amount of $1,702,626.34.

5.   Plaintiffs Webber/Muddy Water Pictures, LLC in the amount of $823,284.00, plus post-judgment interest.

6.   Intervenors Brown and Bunn together in the amount of $74,993.04, plus post-judgment interest.

7.   The next $150,000.00 to be split between Intervenor Edwyna Brooks ("Brooks") and NYS on a 60% (Brooks)/40% (NYS) basis until reaching either the sum of $78,289.57 plus interest and costs due to Brooks, or $90,000.00, whichever is less.

8.   NYS in the amount of any remaining tax penalties and interest due by Dash.

9.   Dash in the amount of any remaining proceeds.

Any objection to this priority of distribution must be filed no later than October 23, 2024.  Absent objection, the Court will so-order the priority of distribution as set forth herein.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE


Dated: October 15, 2024
New York, New York