```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JOSH WEBBER and MUDDY WATER                                  :
PICTURES LLC d/b/a MUDDY WATER                               :
PICTURES, INC.,                                              :
                            Plaintiffs,                      :    19-CV-610 (RWL)
                                                             :
            - against -                                      :
                                                             :    ORDER
DAMON ANTHONY DASH and                                       :
POPPINGTON LLC D/B/A DAME DASH                               :
STUDIOS,                                                     :
                                                             :
                            Defendants.                      :
                                                             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 15, 2024, based on submissions from the parties and intervenors, the Court issued an order setting forth its understanding of the priority of distribution from sale of judgment-debtor Dash's one-third interest in Roc-A-Fella Records, Inc. (Dkt. 429.)  The order directed that any objection to the listed priority of distribution was to be filed by October 23, 2024, and stated that absent objection, the Court will so-order the priority of distribution as set forth in that order.  No objection has been filed.  Accordingly, the priority of distribution from sale of judgment-debtor's one-third interest in Roc-A-Fella Records, Inc. is as follows:

   1.  The United States Marshal's fee and the cost of the auction incurred by Plaintiffs (but not legal fees of Plaintiff's counsel).

   2.  NYC Department of Social Services ("NYCDSS") for child support arrearages due by Dash to Rachel Roy and Cindy Morales in the amount of $223,000.00, plus any additional arrearages due at the time of distribution.

1

3. Donnell Suares (Suares & Associates), as attorney for Rachel Roy, for school tuition and related expenses in the amount of $58,709.08, plus interest, as per the judgment dated August 26, 2024.

4. NYS Dept. of Taxation & Finance ("NYS") in the amount of $1,702,626.34.

5. Plaintiffs Webber/Muddy Water Pictures, LLC in the amount of $823,284.00, plus post-judgment interest.

6. Intervenors Brown and Bunn together in the amount of $74,993.04, plus post-judgment interest.

7. The next $150,000.00 to be split between Intervenor Edwyna Brooks ("Brooks") and NYS on a 60% (Brooks)/40% (NYS) basis until reaching either the sum of $78,289.57 plus interest and costs due to Brooks, or $90,000.00, whichever is less.

8. NYS in the amount of any remaining tax penalties and interest due by Dash.

9. Dash in the amount of any remaining proceeds.

SO ORDERED,

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2024
        New York, New York