UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSH WEBBER and MUDDY WATER PICTURES LLC d/b/a MUDDY WATER PICTURES, INC.,

Plaintiffs,

- against -

DAMON ANTHONY DASH and POPPINGTON LLC D/B/A DAME DASH STUDIOS,

Defendants.

-------------------------------------------------------------X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 24, 2024, based on submissions from the parties and intervenors, the Court issued an order setting forth the priority of distribution from sale of judgment-debtor Dash's one-third interest in Roc-A-Fella Records, Inc. (Dkt. 432.) On November 7, 2024, the parties advised the Court of two new judgments affecting priority of distribution and which all judgment-creditor parties warranted modification of the order of priority. (Dkt. 434.) Accordingly, and consistent with the judgment-creditor parties' consent, the priority of distribution from sale of judgment-debtor's one-third interest in Roc-A-Fella Records, Inc. is as follows:

1. The United States Marshal's fee and the cost of the auction incurred by Plaintiffs (but not legal fees of Plaintiff's counsel).

2. NYC Department of Social Services ("NYCDSS") for child support arrearages due by Dash to Rachel Roy and Cindy Morales in the amount of $223,000.00, plus any additional arrearages due at the time of distribution.

3. Donnell Suares (Suares & Associates), as attorney for Rachel Roy, for past due child support, school tuition, and related expenses in the amount of $159,818.39, plus interest, as per the judgments entered by New York State Family Court on August 26, 2024 and October 18, 2024.

4. NYS Dept. of Taxation & Finance ("NYS") in the amount of $1,702,626.34.

5. Plaintiffs Webber/Muddy Water Pictures, LLC in the amount of $823,284.00, plus post-judgment interest.

6. Intervenors Brown and Bunn together in the amount of $74,993.04, plus post-judgment interest.

7. The next $150,000.00 to be split between Intervenor Edwyna Brooks ("Brooks") and NYS on a 60% (Brooks)/40% (NYS) basis until reaching either the sum of $78,289.57 plus interest and costs due to Brooks, or $90,000.00, whichever is less.

8. NYCDSS for future child support due by Dash in the amount of $207,600.00; and, Donnell Suares (Suares & Associates), as attorney for Rachel Roy, for future tuition and educational expenses in the amount of $57,346.00; all pursuant to judgment entered by New York State Family Court on October 18, 2024.

9. NYS in the amount of any remaining tax penalties and interest due by Dash.

10. Dash in the amount of any remaining proceeds.

SO ORDERED,

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2024
New York, New York