UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSH WEBBER and MUDDY WATER
PICTURES LLC d/b/a MUDDY WATER
PICTURES, INC.,

                Plaintiffs,

- against -

DAMON ANTHONY DASH and
POPPINGTON LLC D/B/A DAME DASH
STUDIOS,

                Defendants.
-------------------------------------------------------------X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The following schedule shall apply to discovery and a hearing for the purposes of identifying Defendants' assets for purposes of enforcing the judgment against them:

      1.    Documents requests and interrogatories shall be served by **March 10, 2025**.

      2.    All discovery into debtors' assets including third-party discovery and multiple depositions of Dash, shall be completed by **May 20, 2025**.

      3.    By **May 27, 2025**, the parties shall provide the Court with a joint exhibit list, witness list, and copies of exhibits in conformity with Judge Lehrburger's individual rules for trial. The parties also shall file a joint letter identifying issues – if any – that warrant addressing in advance of the hearing.

      The evidentiary hearing to determine Defendants' assets that may be subject to satisfying the judgment will be held on **June 10, 2025**, starting at 9:30 a.m. in Courtroom 18D, United States Courthouse, 500 Pearl St., New York, New York.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 25, 2025
       New York, New York

Copies transmitted this date to all counsel of record.