UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSH WEBBER and MUDDY WATER
PICTURES LLC d/b/a MUDDY WATER
PICTURES, INC.,

                Plaintiffs,

                19-CV-610 (RWL)

       - against -

DAMON ANTHONY DASH and          **ORDER**
POPPINGTON LLC D/B/A DAME DASH
STUDIOS,

                Defendants.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

During the last several months, Plaintiffs have submitted sundry letters, as well as orders from other cases, regarding Defendants' purported assets that Plaintiffs seek to have turned over and sold at auction to satisfy the judgment against Defendants. (See Dkts. 437, 438, 439, 441, 444, 459, 461.) Plaintiffs also have requested adverse inferences and other sanctions for Defendants' failure to sufficiently respond to asset discovery. (*See* Dkts. 452, 458.) Plaintiffs have not, however, filed a comprehensive brief or supporting affidavits (as they did in the cases before Judge Rakoff) as would support the relief sought.

Accordingly, **by June 5, 2025**, Plaintiffs shall file (1) a brief legally supporting ownership, turnover, and sale of all assets that are the subject of Defendants' previous correspondence (and any additional assets that are at issue); (2) supporting affidavit(s) and exhibits; and (3) any draft order(s) Plaintiffs propose be entered. Among other matters, the brief shall identify for each asset at issue, the proof Plaintiff relies on to determine ownership of the respective asset. That proof may include, inter alia, proposed

1

adverse inferences based on Defendants' failure to comply with discovery. Plaintiffs should also address the extent to which any of the assets may be owned in part by persons other than Defendants and, if any asset is held in part or in whole by a third party, what legal authority supports turnover and sale of the asset. Plaintiff should also address alter-ego / corporate-veil piercing issues to the extent they are relevant.

Any response by Defendants shall be filed by **June 19, 2025**. Any reply by Plaintiffs shall be filed by **June 26, 2025**.

A hearing to address Defendants' assets currently is scheduled for June 10, 2025. If Plaintiffs prefer that the hearing await completion of briefing, Plaintiffs shall so notify the Court by **May 27, 2025**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2025
       New York, New York

Copies transmitted this date to all counsel of record.