# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

June 25, 2025

Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  Webber, et al.  v. Dash, et al
 **DOCKET NO.** 1:19-cv-610-RWL

Dear Hon. Judge Lehrburger:

This office is counsel to the Plaintiffs Josh Webber ("Webber") and Muddy Water Pictures LLC d/b/a Muddy Water Pictures, Inc.("Muddy") (collectively "Plaintiffs") in this matter. As no objection was filed in response to this Court's Order at Docket Entry 467 by June 16, 2025, request is hereby made for an Order for public auction of all items identified in Docket Entry 467.

      Sincerely,
      Brown & Rosen LLC

      *Christopher Brown*
      Christopher L. Brown

Cc:  All parties via ECF

1