UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSH WEBBER and MUDDY WATER  :
PICTURES LLC d/b/a MUDDY WATER  :
PICTURES, INC.,  :
                        Plaintiffs,  :
                                     :          19-CV-610 (RWL)
                 - against -  :
                                     :          **ORDER**
DAMON ANTHONY DASH and  :
POPPINGTON LLC D/B/A DAME DASH  :
STUDIOS,  :
                        Defendants.  :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     By order dated June 26, 2025 at Dkt. 472, the Court required that (1) within 14 days thereof (July 10, 2025), Defendants Damon Dash ("Dash") and Poppington LLC ("Poppington") turn over to Dash's attorney a certificate representing Dash's ownership of certain corporate interests and a certificate representing Poppington's ownership of certain copyrights (the "Ownership Interests" and the "Ownership Interest Certificates"); and (2) within 10 days of receiving the Ownership Interest Certificates, Dash and Poppington, through counsel, turn over to the U.S. Marshal the Ownership Interest Certificates and a fully-executed assignment to the U.S. Marshal of the Ownership Interests (the "Assignment"), so that the Ownership Interests can be sold at public auction.

     According to correspondence filed by the Plaintiffs on July 14, 2025, Dash and Poppington have not turned over to their attorney the Ownership Interest Certificates as required by the June 25, 2025 order.  (Dkt. 473 at 2.)  Dash and Poppington's failure to do so is yet another instance of their failing to comply with court orders and drawing out

1

and evading proceedings to enforce the judgment against them. Defendants were warned as recently as April 29, 2025 (Dkt. 457), that failure to comply with court orders requiring compliance with judgment enforcement discovery could result in sanctions and issuance of a warrant for Dash's arrest. Accordingly,

1. On **July 31, 2025, at 10:00 a.m.**, in Courtroom 18D, United States District Court, 500 Pearl Street, New York, New York 10007, Dash and Poppington shall show cause why sanctions for failing to comply with the Court's June 26, 2025 order should not be imposed against them;

2. **Dash must appear in person** for the hearing along with counsel; if Dash fails to appear in person, monetary and coercive sanctions will be imposed and a warrant may be issued for Dash's arrest.

3. Dash can obviate the need for the show cause hearing if, by July 30, 2025, **both** (i) he and Poppington turn over to Dash's attorney the requisite Ownership Interest Certificates, and (ii) Dash and Poppington, through counsel, turn over to the U.S. Marshal, with copy to Plaintiff's attorneys, the Ownership Interest Certificates and Assignment.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 15, 2025
       New York, New York

Copies transmitted this date to all counsel of record.