# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

August 8, 2025

Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   Webber, et al.  v. Dash, et al
      **DOCKET NO.** 1:19-cv-610-RWL

Dear Hon. Judge Lehrburger:

  This office is counsel to the Plaintiffs Josh Webber ("Webber") and Muddy Water Pictures LLC d/b/a Muddy Water Pictures, Inc.("Muddy") (collectively "Plaintiffs") in this matter.  Pursuant to this Court's order at Docket Entry 476, Plaintiffs provide a status report.

  The defendants failed to comply with this Court's order.  Defendants did not provide the links or the United States Copyright Office depository requests to my office by August 7, 2025.

  Instead of  complying with this Court's Order, Dash is posting on social media about his "lake life" and "bucket hats" (See video at   Instagram), along with having the audacity to post that Mr. Dash has signed the "White Lesbian Aaliyah" to Blueroc to Bluroc Records[1]. (See video at Instagram).  See Exhibits 1 and 2. Mr. Dash's disrespect for this Court's orders has been plentiful throughout the years.

  In light of this noncompliance, Plaintiffs respectfully request that an arrest warrant issue for Mr. Dash and that he be ordered to appear before this Court on August 13, 2025 at 10:00 am to address his noncompliance.

                Sincerely,
                Brown & Rosen LLC

                *Christopher Brown*
                Christopher L. Brown

---

[1] Ownership of Bluroc Records has been assigned to the US Marshal as of July 30, 2025. Dash was the sole owner of  Bluroc LLC d/b/a Bluroc Records LLC before the assignment.

# EXHIBIT 1



# EXHIBIT 2

