UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSH WEBBER and MUDDY WATER : 
PICTURES LLC d/b/a MUDDY WATER : 
PICTURES, INC., :
                          Plaintiffs, :
                              :         19-CV-610 (RWL)
      - against - :
                              :          **ORDER**

DAMON ANTHONY DASH and :
POPPINGTON LLC D/B/A DAME DASH :
STUDIOS, :
                              :
                  Defendants. :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      In the continuing effort to obtain Defendants' full compliance with their turnover obligations and the Court's orders to enforce the judgment against them, Defendant Dash shall, by **August 15, 2025**:

      1.     Provide Plaintiff's counsel with a complete list of Bluroc's musical assets;

      2.     Provide Plaintiff's counsel with information sufficient to identify Bluroc's bank, bank address, bank contact information, and bank account number(s); and

      3.     Assign the film "Mr. Untouchable" to the US Marshal as indicated in the stipulation at Docket Entry 463, and provide proof of same to Plaintiff's counsel.

      Failure to comply may result in sanctions and/or a warrant for Defendant Dash's arrest.

                   SO ORDERED.

                   _____
                   ROBERT W. LEHRBURGER
                   UNITED STATES MAGISTRATE JUDGE

Dated: August 12, 2025
     New York, New York

Copies transmitted this date to all counsel of record.