# BROWN & ROSEN LLC

### Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

August 18, 2025

Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    Webber, et al.  v. Dash, et al
       **DOCKET NO.** 1:19-cv-610-RWL

Dear Hon. Judge Lehrburger:

This office is counsel to the Plaintiffs Josh Webber ("Webber") and  Muddy Water Pictures LLC d/b/a Muddy Water Pictures, Inc.("Muddy") (collectively "Plaintiffs") in this matter.  I write today in regard to this Court's order at Docket Entry 479 and to supplement Plaintiffs' letter at 480.

With the assistance of his girlfriend Raquel Horn ("Horn"),  Mr. Dash has merged Bluroc Records LLC ("Bluroc") into The Dash Group LLC ("DG"), a Florida entity. See Exhibits A & B.  There is no doubt that the defendants continue to attempt to hide assets and Dash continues to enlist the help of Horn in his actions.

In Brooks v. Horn, et al, 24-cv-9550 (JSR),  a  judgment has been entered by Judge Rakoff indicating that Dash, Horn, Poppington LLC and The Dash Group LLC were all alter egos of either other and  maintained successor of  interest liability between Poppington LLC and The Dash Group LLC. See Docket Entry 20 at Exhibit C.

It appears Bluroc is now  the head of  Dash's enterprises and was "renamed" DG in Florida. See Exhibit B.   The Dash Group LLC was originally a California entity owned by Dash and Horn and incorporated in 2020. See Exhibit D.

 After numerous attempts to cooperate with  Damon Dash in regard to asset discovery, the defendants remain in violation of the Court's order at Docket Entry 479 and overall compliance.

In light of the current the noncompliance by the defendants and willful deceptiveness, Plaintiffs' request a contempt hearing  and the personal appearance of Damon Dash on August 21, 2025 at 11:00am to address the noncompliance and enforcement of the order at Docket Entry 479.

Sincerely,
Brown & Rosen LLC

*Christopher Brown*

Christopher L. Brown

# EXHIBIT A

**2025 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M24000007302

**Entity Name:** BLUROC RECORDS LLC

**FILED**
**Jan 14, 2025**
**Secretary of State**
**5991353637CC**

**Current Principal  Place of Business:**

6039 CYPRESS GARDENS BLVD
620
WINTER HAVEN,  FL  33884

**Current Mailing Address:**

228 MCLEAN PT.
WINTER HAVEN,  FL  33884  US

**FEI Number: 37-1976415**                                    **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

FONTANEZ, ERIKKA
1785 GREY FOX DR.
LAKELAND, FL  33810  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

        Electronic Signature of Registered Agent                                                                Date

**Authorized Person(s) Detail :**

| Title | MGR | Title | MGR |
|---|---|---|---|
| Name | HORN, RAQUEL | Name | DGCO LLC |
| Address | 228 MCLEAN PT. | Address | 13547 VENTURA BLVD., STE. 199 |
| City-State-Zip: | WINTER HAVEN  FL  33884 | City-State-Zip: | SHERMAN OAKS  CA  91423 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RAQUEL M HORN                                    MANAGER                    01/14/2025

        Electronic Signature of Signing Authorized Person(s) Detail                                                Date

# EXHIBIT B

M240000007302

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

┌──────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                  │
│                                  │
│                                  │
│                                  │
│                                  │
└──────────────────────────────────┘

Office Use Only



300431050453

RECEIVED
2024 JUN -7 PM 4:28
TALLAHASSEE, FLORIDA

JUN 05 2024

K. Brumbley

## Advanced Incorporating Service

1317 California Street
P.O. Box 20396
Tallahassee, FL 32316

Phone: 850-222-CORP
Fax: 850-575-2724
Email: wlopez@aisincfl.com
Website: www.aisincfl.com

| NAME OF ENTITY | |
|---|---|
| The Dash Group LLC | |
| | |
| | |
| | FOR OFFICE USE ONLY |

**PICK ONE:**

_____CERTIFIED COPY   XX PHOTOCOPY   _____C.U.S.

**FILING:**

___CORPORATION   ___LLC   ____LIMITED PARTNERSHIP   ___GENERAL PARTNERSHIP

____FICTITIOUS NAME   ___SERVICEMARK/TRADEMARK   ___AMENDMENT

XX FOREIGN QUALIFICATION   ___JUDGMENT LIEN

____OTHER_____

**RETRIEVAL:**

___GOOD STANDING CERT/C.U.S.   ___CERTIFIED COPY   ___PHOTOCOPY

Of_____

**APOSTILLE/NOTARY CERTIFICATION REQUEST:**

Country_____

Amount of Documents_____

**DATE** _6/7/24_____   **TIME**_____

**Notes:**___ FILE 1ST, please _____

**APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. The Dash Group LLC
   _____
   (Name of Foreign Limited Liability Company, must include "Limited Liability Company," "L.L.C.," or "LLC.")

   BluRoc Records LLC
   _____
   (If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C.," or "LLC.")

2. State of California                           3. 371976415
   _____                 _____
   (Jurisdiction under the law of which foreign limited liability company is organized)   (FEI number, if applicable)

4. _____
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 605.0904 & 605.0905, F.S. to determine penalty liability)

5. 600 Overlook Dr                              6. 228 Mclean Pt.
   _____                 _____
   (Street Address of Principal Office)             (Mailing Address)

   Winter Haven FL 33884                           Winter Haven FL 33884
   _____                 _____

7. Name and street address of Florida registered agent:  (P.O. Box NOT acceptable)

   Name:          Erikka Fontanez
                  _____

   Office Address: 1785 Grey Fox Dr
                  _____

                  Lakeland                              , Florida    33810
                  _____            _____
                  (City)                                          (Zip code)

**Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

*Erikka Fontanez*
_____
Erikka Fontanez (Jun 6, 2024 15:22 EDT)
(Registered agent's signature)

8. For initial indexing purposes, list names, title or capacity and addresses of the primary members/managers or persons authorized to manage [up to six (6) total]:

| Title or Capacity: | Name and Address: | | Title or Capacity: | Name and Address: |
|---|---|---|---|---|
| ☑Manager | Name: Raquel Horn | | ☑Manager | Name: DGCO LLC |
| ☐Member | Address: 228 McLean Pt. | | ☐Member | Address: 13547 Ventura Blvd Ste 199 |
| ☐Authorized | Winter Haven, FL 33884 | | ☐Authorized | Sherman Oaks CA 91423 |
| Person | | | Person | |
| ☐Other_____ | ☐Other_____ | | ☐Other_____ | ☐Other_____ |

| | | | | |
|---|---|---|---|---|
| ☐Manager | Name: _____ | | ☐Manager | Name: _____ |
| ☐Member | Address: _____ | | ☐Member | Address: _____ |
| ☐Authorized | _____ | | ☐Authorized | _____ |
| Person | _____ | | Person | _____ |
| ☐Other_____ | ☐Other_____ | | ☐Other_____ | ☐Other_____ |

| | | | | |
|---|---|---|---|---|
| ☐Manager | Name: _____ | | ☐Manager | Name: _____ |
| ☐Member | Address: _____ | | ☐Member | Address: _____ |
| ☐Authorized | _____ | | ☐Authorized | _____ |
| Person | _____ | | Person | _____ |
| ☐Other_____ | ☐Other_____ | | ☐Other_____ | ☐Other_____ |

Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

9. Attached is a certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted)

10. This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_____
Signature of an authorized person

Raquel Horn
_____
Typed or printed name of signee



# Secretary of State
## Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| **Entity Name:** | THE DASH GROUP LLC |
| **Entity No.:** | 202016010611 |
| **Registration Date:** | 06/05/2020 |
| **Entity Type:** | Limited Liability Company - CA |
| **Formed In:** | CALIFORNIA |
| **Status:** | Active |

The above referenced entity is active on the Secretary of State's records and is authorized to exercise all its powers, rights and privileges in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of May 09, 2024.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

**Certificate No.:** 208693735

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

EDWYNA W BROOKS D/B/A                              :
EW BROOKS BOOKS LLC                               :
                                                  :
                              Plaintiff,           :
                                                  :
          vs.                                      : 24-CV-9550 (JSR)
                                                  :
DAMON DASH, RAQUEL HORN,                          :
THE DASH GROUP LLC, and                           :
POPPINGTON LLC d/b/a DAME DASH STUDIOS  :
                              Defendants           :
                                                  :
                                                  :
---------------------------------------------------------------X

**FINAL JUDGMENT**

Pursuant to this Court's Order and Docket Entry 18, Judgment is entered on Counts

I-V of the Complaint against the defendants as follows:

COUNT I for Successor Liability between The Dash Group  LLC and Poppington

LLC.

COUNT II for De Facto Merger between The Dash Group LLC and Poppington

LLC.

COUNT III for Fraudulent Conveyance Between Poppington LLC and The Dash

Group LLC Pursuant To  New York Uniform Voidable Transactions Act (previously

identified as New York DCL §§ 272-276).

COUNT IV  for Aiding and Abetting between The Dash Group LLC, Raquel Horn,

and Poppington LLC.

COUNT V for Alter Ego Liability between The Dash Group LLC, Damon Dash, Raquel Horn and Poppington LLC.

Final judgment on the Complaint against all defendants shall enter on all counts in the amount of $78,289.57 jointly and severally.

NOW, THEREFORE, final judgment is hereby entered against all defendants and in favor of Edwyna Brooks in the amount of $78,289.57 plus interest from the date of December 13, 2024 pursuant to 28 US 1961, in the amount/rate of 5.33 percent (annual interest of $4,172.83) or daily interest in the amount of $11.43 cents per day) as of December 13, 2024. The daily interest shall be incurred on any unpaid amounts after December 13, 2024, plus costs in the amount of $595.00. Judgment is hereby entered for JUDGMENT CREDITOR EDWYNA BROOKS.

So Ordered
May 16, 2025

Jed S. Rakoff
U.S.D.J.

2

# EXHIBIT D



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

| LLC-12 |

20-C35350

# FILED

In the office of the Secretary of State
of the State of California

JUN 09, 2020

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

---

**1. Limited Liability Company Name** (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.)

THE DASH GROUP LLC

| **2.  12-Digit Secretary of State File Number** | **3.   State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 202016010611 | CALIFORNIA |

**4.  Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>33 E. Orange Grove Ave | Burbank | CA | 91502 |
| b. Mailing Address of LLC, **if different than item 4a**<br>13547 Ventura Blvd #199 | Sherman Oaks | CA | 91423 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>33 E. Orange Grove Ave | Burbank | CA | 91502 |

**5.  Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Damon | | Dash | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13547 Ventura Blvd #199 | Sherman Oaks | CA | 91423 |

**6.  Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Liana | | Zelli | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 450 N Brand Blvd, Ste 600 | Glendale | CA | 91203 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7.  Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Media |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9.  The Information contained herein, including any attachments, is true and correct.**

| 06/09/2020 | Liana  Zelli | CFO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed.  SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

**Attachment to**
**Statement of Information**
(Limited Liability Company)

**LLC-12A**
**Attachment**

20-C35350

**A. Limited Liability Company Name**

THE DASH GROUP LLC

This Space For Office Use Only

| **B. 12-Digit Secretary of State File Number** | **C. State or Place of Organization** (only if formed outside of California) |
|---|---|
| 202016010611 | CALIFORNIA |

**D. List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Raquel | | Horn | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13547 Ventura Blvd #199 | Sherman Oaks | CA | 91423 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |