

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Partner)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

(718) 384-2323   (718) 384-2555
natraj@turturrolawpc.com
www.turturrolawpc.com
1361 N. Railroad Avenue, Staten Island, NY 10306

**August 28, 2025**

VIA ECF
Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Webber, et al. v. Dash, et al*
Docket No: 1:19-cv-610-CM
***Letter Response To Court Order Dated August 22, 2025***

Dear Judge Lehrburger,

This undersigned is counsel to the defendants-judgment debtors, Poppington LLC and Damon Dash (collectively, "Dash") in this matter. This letter is being filed in response to the Court's Order dated August 22, 2025 (ECF. Doc. 482).

I write today to confirm that Mr. Dash and Poppington turned over to Plaintiff's counsel the corrected request to the copyright office concerning the Mr. Untouchable asset, and provided a Declaration attesting to their being no musical assets or financials for BluRoc LLC later today.

In light of this compliance with Plaintiff's requests (ECF Doc. 479-480) and the Court's order, Dash will not be appearing tomorrow and respectfully requests that the Court dispense with the Order to Show Cause hearing scheduled for August 28, 2025 at 2:30pm.

To the extent the Court wishes to proceed with the same, I respectfully request that my appearance be waived or that I can be permitted to appear remotely as I am currently away for the week in Washington D.C. on a pre-planned family vacation.

I thank the Court for its attention to this matter.

                                                  Respectfully submitted,
                                                  **TURTURRO LAW P.C.**
                                                  By:/s/ Natraj S. Bhushan

To (via ECF): all counsel of record