**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSH WEBBER and
MUDDY WATER PICTURES LLC d/b/a
MUDDY WATER PICTURES, INC.,                    Docket No.:19 CV 00610 CM-RL

                       Plaintiffs,

    -against-

DAMON ANTHONY DASH and
POPPINGTON LLC d/b/a
DAMOND DASH STUDIOS

                       Defendants.
------------------------------------------------------------X

## DECLARATION OF DAMON DASH

I, Damon Anthony Dash, declare the following under penalty of perjury:

1. Pursuant to Docket 479 and 480, in which Plaintiffs wrote to your honor that Defendants have, (1) failed to provide Plaintiffs assets; and, (2) failed to provide Plaintiffs counsel with information sufficient to identify numbers for Bluroc's bank address, contact information and bank account numbers, I write to affirm that to that Bluroc was one of several startup entities that were formed several years ago that never took off. As such, as far as I am aware (from recollection and searching my files), it does not have any musical assets , and it did not open up any bank accounts or receive monies.

2. Separately, through my attorney, I have already provided a corrected copy of the Mr. Untouchable request made to the copyright office.

3. As such, I respectfully submit that I have fully complied with the Plaintiff's requests and this Court's order and, respectfully request that the in person Show Cause Hearing scheduled for tomorrow August 28, 2025 @ 2:30pm be terminated.

1

2

4. I declare under penalty of perjury under the laws of the United States of America and Florida that the foregoing is true and correct.

Date: August 27, 2025  
Winterhaven, Florida

_____  
Damon Anthony Dash