

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Partner)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

(718) 384-2323   (718) 384-2555
natraj@turturrolawpc.com
www.turturrolawpc.com
1361 N. Railroad Avenue, Staten Island, NY 10306

September 4, 2025

VIA ECF
Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Webber, et al. v. Dash, et al*
Docket No: 1:19-cv-610-CM
***Notice of Bankruptcy Stay***

Dear Judge Lehrburger,

This undersigned is counsel to the defendants-judgment debtors, Poppington LLC and Damon Dash (collectively, "Dash") in this matter.

I write to inform the Court that earlier today, Mr. Dash's bankruptcy counsel informed me that Dash just filed for Chapter 7 bankruptcy in the Bankruptcy Court for the Middle District of Florida under docket no: 8:25-bk-06436. As such, and pursuant to 11 U.S.C. §362, it is respectfully submitted that the filing of this Bankruptcy Petition operates as a stay of the continuation of these enforcement proceedings.

Respectfully submitted,
**TURTURRO LAW P.C.**
By:/s/ Natraj S. Bhushan

To (via ECF): all counsel of record