# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

September 4, 2025

Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   Webber, et al. v. Dash, et al
      **DOCKET NO.** 1:19-cv-610-RWL

Dear Hon. Judge Lehrburger:

This office is counsel to the Plaintiffs Josh Webber ("Webber") and Muddy Water Pictures LLC d/b/a Muddy Water Pictures, Inc.("Muddy") (collectively "Plaintiffs") in this matter. Today I write pursuant to this Court's Order at Docket Entry 486 relating to the next steps in the enforcement of the judgments in this action.

Attorney Bhushan has informed me today, that Damon Dash has filed in Bankruptcy Court for the Middle District of Florida. I am informed that it is a Chapter 7 petition and the case number is 25-bk-06436. The Plaintiffs need to review the petition before they can be determined what the next steps will be at this time. Plaintiffs request an extension to respond to Docket Entry 486 until September 18, 2025, in regard to defendant Damon Dash.

Plaintiffs intend to move forward with the public auction for the assets that have already been assigned to the US Marshal by the defendants. Plaintiffs are not aware of any legal precedent staying the auction of assets already turned over.

                                              Sincerely,
                                              Brown & Rosen LLC

                                              *Christopher Brown*
                                              Christopher L. Brown