# TURTURRO LAW, P.C.

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Partner)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

(718) 384-2323   (718) 384-2555
natraj@turturrolawpc.com
www.turturrolawpc.com
1361 N. Railroad Avenue, Staten Island, NY 10306

September 15, 2025

VIA ECF
Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Webber, et al. v. Dash, et al*
Docket No: 1:19-cv-610-CM

Dear Judge Lehrburger,

    This undersigned is counsel to the defendants-judgment debtors, Poppington LLC and Damon Dash (collectively, "Dash") in this matter. This letter is being filed in response to Plaintiff's letter dated September 14, 2025 seeking further enforcement of their judgment.

    Respectfully, Plaintiffs' application is barred by the automatic stay imposed under 11 U.S.C. § 362(a)(1) by virtue of Mr. Dash's pending bankruptcy proceeding in the United States Bankruptcy Court for the Middle District of Florida, Case No. 25-bk-0643.

    The automatic stay operates with immediate effect upon the filing of the bankruptcy petition, and it halts "the commencement or continuation … of a judicial … action or proceeding against the debtor … or to recover a claim against the debtor that arose before the commencement of the case." § 362(a)(1). Courts have consistently held that once a bankruptcy petition is filed, only the bankruptcy court may modify or grant relief from the stay. See, 11 U.S.C. § 362(d); Fed. R. Bankr. P. 4001. Neither this Court nor any other non-bankruptcy tribunal has authority to disregard or alter the stay.

    Accordingly, Plaintiffs' effort to press forward with enforcement in this Court, absent first obtaining stay relief from the bankruptcy court, runs afoul of the Bankruptcy Code. Any such attempt risks constituting a willful violation of the stay, which may subject a creditor to sanctions under 11 U.S.C. § 362(k).

    For these reasons, the Court should decline to entertain Plaintiffs' application at this time, and any issues concerning the scope or modification of the stay must be directed to the bankruptcy court presiding over Mr. Dash's case.

                                                      Respectfully submitted,
                                                      **TURTURRO LAW P.C.**
                                                      By:<u>/s/ Natraj S. Bhushan</u>

To (via ECF): all counsel of record