```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSH WEBBER and MUDDY WATER              :
PICTURES LLC d/b/a MUDDY WATER           :
PICTURES, INC.,                          :
                                         :
                    Plaintiffs,          :
                                         :            19-CV-610 (RWL)
           - against -                   :
                                         :                ORDER
                                         :
DAMON ANTHONY DASH and                   :
POPPINGTON LLC D/B/A DAME DASH           :
STUDIOS,                                 :
                                         :
                    Defendants.          :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have filed competing letters about the effect of Dash's personal bankruptcy on the instant proceedings. (Dkts. 492, 493.) The parties agree that the proceedings are automatically stayed with respect to enforcement proceedings against Dash. Plaintiffs contend, however, that the automatic stay does not apply to Defendant Poppington or to assets already assigned to the U.S. Marshal. Defendants' response does not squarely address those issues. Accordingly, by **September 23, 2025**, Defendants shall file a letter specifically addressing those issues. Plaintiffs may file a response no later than **September 30, 2025**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2025
       New York, New York

2

Copies transmitted this date to all counsel of record.