UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSH WEBBER and MUDDY WATER  :
PICTURES LLC d/b/a MUDDY WATER  :
PICTURES, INC.,  :
                         Plaintiffs,  :
                                       :        19-CV-610 (RWL)
          - against -  :
                                       :           **ORDER**
DAMON ANTHONY DASH and  :
POPPINGTON LLC D/B/A DAME DASH  :
STUDIOS,  :
                        Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Due to the notice of bankruptcy filed on September 4, 2025 (Dkt. 489), enforcement proceedings against Damon Dash personally have been stayed. So that the Court may remain advised of Mr. Dash's status, Mr. Dash shall file a letter every 6 months reporting the status of his bankruptcy proceeding. Notwithstanding the foregoing, Mr. Dash shall file a letter no later than 10 days after his bankruptcy proceeding progresses to the point where the stay in this case with respect to him individually can be lifted.

      Enforcement proceedings are not stayed as to Defendant Poppington LLC. Public auction of Poppington's films and copyrights may proceed. Further, public auction of Dash's assets that were assigned to the U.S. Marshal before September 4, 2025, may proceed. Assignment is a transfer of ownership. Dash has provided no authority that would bar public auction of assets assigned to the U.S. Marshal before the bankruptcy. The films, copyrights, and corporate entity interests that may be included in the public auction are those identified in Plaintiffs' letter dated September 29, 2025, at Dkt. 497.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2025
      New York, New York

Copies transmitted this date to all counsel of record.