```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSH WEBBER and MUDDY WATER            :
PICTURES LLC d/b/a MUDDY WATER         :
PICTURES, INC.,                        :
                                       :
                        Plaintiffs,    :
                                       :    19-CV-610 (RWL)
            - against -                :
                                       :    ORDER
                                       :
DAMON ANTHONY DASH and                 :
POPPINGTON LLC D/B/A DAME DASH         :
STUDIOS,                               :
                                       :
                        Defendants.    :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

After having considered the parties' correspondence on the issue, this order further addresses the effect of the automatic stay arising from Dash's personal bankruptcy filing.

1. Plaintiffs may continue enforcement proceedings against Poppington, LLC, which has not filed for bankruptcy.

2. Plaintiffs may not continue enforcement proceedings against Dash personally, unless and until granted relief to do so by the bankruptcy court.

3. As for assets that were assigned by Dash to the U.S. Marshal for auction before Dash filed for bankruptcy, but which assets have not yet been auctioned by the U.S. Marshal (the "Unsold Assets"), Plaintiffs will need to obtain relief from the bankruptcy court before obtaining any further action by this Court to carry out the auction of those assets. On one hand, the Unsold Assets were no longer part of Dash's estate at the time of his bankruptcy filing and therefore arguably do not fall within the automatic stay. On the other hand, to the extent Plaintiffs seek assistance from this Court to consummate sale of the Unsold Assets, they would be doing so to further enforce their judgment

against Dash. Accordingly, caution dictates that Plaintiffs seek relief from the bankruptcy court. *See* 11 U.S.C. 362(a)(1).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 14, 2025
        New York, New York

Copies transmitted this date to all counsel of record.