UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSH WEBBER and MUDDY WATER
PICTURES LLC d/b/a MUDDY WATER
PICTURES, INC.,

                    Plaintiffs,

              - against -

DAMON ANTHONY DASH and
POPPINGTON LLC D/B/A DAME DASH
STUDIOS,

                   Defendants.
---------------------------------------------------------------X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 21, 2022 (Dkt. 310), the Court entered a Second Amended Judgment, and on September 22, 2022 (Dkt. 322), entered an additional Judgment for attorney's fees (collectively, "the Judgments"), in favor of Plaintiffs and against Defendants, including Defendant Poppington LLC d/b/a Dame Dash Studios ("Poppington"). Poppington, through its d/b/a name, Dame Dash Studios, is the registered owner of the U.S. Copyright PA0002378066. The Judgments have not been satisfied. Plaintiffs have moved for an order for turnover and sale by auction of a registered copyright owned by Poppington. Poppington has not responded. Having considered the application and all prior proceedings, the application is granted as follows.

1.      Within 14 days of entry of this order, Poppington shall turn over to counsel for Plaintiffs and to the United States Marshal in the Southern District of New York, a fully executed assignment to the United States Marshal ("Assignment") representing all of Poppington's ownership, as indicated in Exhibit 1, for the following U.S Copyright ("Poppington's Ownership Interest"):

1

| | |
|---|---|
| **Registration Number / Date:** | PA0002378066 / 2022-05-26 |
| **Type of Work:** | Motion Pictures |
| **Application Title:** | Stoned |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-05-13 |
| **Copyright Claimant:** | Dame Dash Studios |
| **Authorship on Application:** | Dame Dash Studios, Domicile: United States; employer for hire; Citizenship: United States. Authorship: entire motion picture, script/screenplay. |

2. Within 10 days of execution of the Assignment, Poppington shall turn over to counsel for Plaintiffs and to the United States Marshal in the Southern District of New York, a copy of the materials that are the subject of US Copyright PA0002378066.

3. Within 150 days of the U.S. Marshal's receipt of Poppington's executed Assignment and any corresponding documents/materials, the Marshal shall sell Poppington's Ownership Interest and corresponding materials at public auction. Plaintiffs shall comply with all statutory requirements necessary to complete the auction by the U.S. Marshal.

4. Following completion of the auction sale, and after deduction of any fees, the U.S. Marshal shall deliver (i) to Plaintiffs, proceeds of the sale in an amount not to exceed the amount owed pursuant to the Judgment, plus post-judgment interest; and (ii) to Poppington, proceeds from the sale that exceed the amount owed to Plaintiffs pursuant to the Judgment. If Plaintiffs secure the winning credit bid, the winning amount shall reduce the amount of the Judgments owed by Poppington.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 26, 2026
      New York, New York

Copies transmitted this date to all counsel of record.