UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSH WEBBER and MUDDY WATER      :
PICTURES LLC d/b/a MUDDY WATER     :
PICTURES, INC.,                         :
            Plaintiffs,    :
                              :        19-CV-610 (RWL)
     - against -       :
                              :        **ORDER**
DAMON ANTHONY DASH and       :
POPPINGTON LLC D/B/A DAME DASH  :
STUDIOS,                        :
                              :
          Defendants.  :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Microsoft Teams on March 25, 2026:

1.     By **April 9, 2026**, Poppington shall provide to Plaintiffs a statement sworn to under penalty of perjury explaining to what extent, if any, rights have not been cleared for the movies "Stoned" and "We Went To China."  For any rights that have not been cleared, Poppington shall identify the right; the person or entity who has the right; and the address, phone, and email of that person or entity.

2.     For any rights that have not been cleared by Poppington with respect to "Stoned" and "We Went To China," Poppington and shall use its best efforts to obtain clearance and, by **April 23, 2026**, shall provide to Plaintiffs a statement sworn to under penalty of perjury setting forth (i) each right newly cleared that was not previously cleared, and (ii) for each right for which clearance still has not been obtained, the efforts Poppington made to obtain such clearance, including but not limited to the method of attempted contact, the date(s) of contact, the person or entity contacted, and the response, if any, of the person or entity contacted.

3.      By **April 23, 2026**, Poppington shall provide to Plaintiffs written clearances for all rights with respect to "Stoned" and "We Went To China" that Poppington has obtained.

4.      Failure to comply with this order may result in sanctions and a finding of contempt.  Damon Dash, on behalf of Poppington, will be required to testify in person in court for any hearing to address such sanctions or contempt.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 517.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2026
      New York, New York

Copies transmitted this date to all counsel of record.

2