UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSH WEBBER and MUDDY WATER :
PICTURES LLC d/b/a MUDDY WATER :
PICTURES, INC., :
                    Plaintiffs, :
                               :
        - against - :
                               :
DAMON ANTHONY DASH and :
POPPINGTON LLC D/B/A DAME DASH :
STUDIOS, :
                               :
                Defendants. :
-------------------------------------------------------------X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on May 13, 2026:

1.     The declaration of Damon Dash, on behalf of Poppington LLC, dated April 9, 2026, submitted (as an exhibit to Dkt. 523) pursuant to the Court's order dated March 25, 2026, at Dkt. 522, is inadequate on its face and demonstrates that Mr. Dash has not made diligent efforts to comply with the order.

2.     Poppington, by Mr. Dash, has until **May 27, 2026**, to file a supplemental declaration that complies with the order.  If he fails to do so, the Court will hold a contempt hearing at which Mr. Dash must appear in person.

3.     Mr. Dash also has failed to comply with the Court's order at Dkt. 498 requiring Mr. Dash to file periodic status reports regarding his bankruptcy proceeding.  Mr. Dash shall file a status report by **May 20, 2026**, and, as set forth in the order at Dkt. 498, shall continue to do so every 6 months or no later than 10 days after his bankruptcy

1

proceeding progresses to the point where the stay in this case with respect to him individually can be lifted.  Failure to comply may result in sanctions.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 523.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 13, 2026
New York, New York

Copies transmitted this date to all counsel of record.