

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Partner)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

📞 (718) 384-2323      📠 (718) 384-2555
✉ natraj@turturrolawpc.com
🖥 www.turturrolawpc.com
📍 1361 N. Railroad Avenue, Staten Island, NY 10306

**May 20, 2026**

***VIA ECF***
Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Webber, et al.  v. Dash, et al*
**Docket No: 1:19-cv-610-CM**
*Bankrupcy Status Report*

Dear Judge Lehrburger:

On behalf of Damon Dash, and in connection with this Court's Order dated May 13, 2026, the undersigned writes to confirm that Mr. Dash's bankruptcy remains pending under Docket #: 8:25-bk-06436 in the Middle District of Florida Bankruptcy Court.

Respectfully submitted,
**TURTURRO LAW P.C.**
By:/s/ Natraj S. Bhushan

To (via ECF): all counsel of record