# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

June 5, 2026

Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    Webber, et al.  v. Poppington LLC d/b/a Dame Dash Studios, et al
       **DOCKET NO.** 1:19-cv-610-RWL

Dear Hon. Judge Lehrburger:

This office is counsel to the Plaintiffs in this matter. Plaintiffs  Josh Webber ("Webber") and  Muddy Water Pictures LLC d/b/a Muddy Water Pictures, Inc. ("Muddy") (collectively "Plaintiffs"). Plaintiffs request an order of contempt for the violation of the Order at Docket Entry 529.

The Order of the Court at Docket Enty 529 reads as follows:

> 2.       Poppington, by Mr. Dash, has until **May 27, 2026**, to file a supplemental declaration that complies with the order.  If he fails to do so, the Court will hold a contempt hearing at which Mr. Dash must appear in person.

Mr. Dash has not provided the declaration despite Plaintiff's counsel providing an extension until June 4, 2026.  Plaintiffs seek a contempt order and sanctions as previously addressed with this Court.

Sincerely,
Brown & Rosen LLC

*Christopher Brown*

Christopher L. Brown