

# TURTURRO LAW, P.C.

Matthew J. Turturro, Esq. (Managing Partner)
*Natraj S. Bhushan, Esq. (Partner)
Paulina Bellantonio, Esq. (Partner)
Anthony A. Nozzolillo, Esq. (Of Counsel)
*Admitted in NY and NJ

📞 (718) 384-2323    🖨 (718) 384-2555
✉ natraj@turturrolawpc.com
🌐 www.turturrolawpc.com
📍 1361 N. Railroad Avenue, Staten Island, NY 10306

**June 10, 2026**

VIA ECF
Hon. Robert Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Webber, et al.  v. Dash, et al*
Docket No: 1:19-cv-610-CM

Dear Judge Lehrburger:

We represent Defendant Poppington LLC and submit this letter in opposition to Plaintiffs' April 29, 2026 application seeking contempt.

While admittedly late, defendant writes to confirm that it just supplied a supplemental declaration to Plaintiffs' counsel and reiterates that it has complied in good faith with the Court's Orders by providing sworn statements addressing the status of rights clearances based on the information available to it.

Respectfully submitted,
**TURTURRO LAW P.C.**
By:/s/ Natraj S. Bhushan

To (via ECF): all counsel of record