UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JOSH WEBBER and MUDDY WATER    :
PICTURES LLC d/b/a MUDDY WATER   :
PICTURES, INC.,                       :

              Plaintiffs,     :

                        :        19-CV-610 (RWL)

      - against -       :

                        :           **ORDER**

DAMON ANTHONY DASH and      :
POPPINGTON LLC D/B/A DAME DASH   :
STUDIOS,                        :

                        :

           Defendants.   :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     As discussed at the conference held via Microsoft Teams on July 18, 2026, and for the reasons stated thereat, sanctions are imposed on Poppington for willful failure to fully comply with three orders of the Court requiring provision of information about copyright clearances. Accordingly, by **August 27, 2026**, Poppington shall pay to Plaintiffs sanctions in the amount of $4,408.20.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated: July 28, 2026
      New York, New York

Copies transmitted this date to all counsel of record.