UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSH WEBBER and MUDDY WATER PICTURES LLC d/b/a MUDDY WATER PICTURES, INC.,

Plaintiffs,

- against -

DAMON ANTHONY DASH and POPPINGTON LLC D/B/A DAME DASH STUDIOS,

Defendants.

---

19-CV-610 (RWL)

**AMENDED ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Microsoft Teams on July 28, 2026, and for the reasons stated thereat, sanctions are imposed on Poppington for willful failure to fully comply with three orders of the Court requiring provision of information about copyright clearances. Accordingly, by **August 27, 2026**, Poppington shall pay to Plaintiffs sanctions in the amount of $4,408.20.

The Clerk of Court is respectfully directed to strike the order at Dkt. 535.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2026
New York, New York

Copies transmitted this date to all counsel of record.