UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSH WEBBER and MUDDY WATER PICTURES LLC d/b/a MUDDY WATER PICTURES, INC.,

Plaintiffs,

- against -

DAMON ANTHONY DASH and POPPINGTON LLC D/B/A DAME DASH STUDIOS,

Defendants.

-------------------------------------------------------------X

19-CV-610 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiffs' October 21, 2026 letter at Dkt. 537, along with the parties' subsequent correspondence. If Plaintiffs seek a finding of contempt, additional sanctions, and/or turnover of Honor UP-related royalties, they must file a proper motion and evidentiary submission. Plaintiffs are correct that The Dash Group LLC has been found to be liable as and for Poppington LLC, and that The Dash Group LLC therefore bears the responsibility to pay sanctions required to be paid by Poppington. Poppington / The Dash Group LLC shall act – and comply with the Court's orders – accordingly.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 26, 2026
New York, New York

Copies transmitted this date to all counsel of record.