UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH WEBBER and MUDDY WATER PICTURES LLC d/b/a MUDDY WATER PICTURES, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>DAMON ANTHONY DASH and POPPINGTON LLC D/B/A DAME DASH STUDIOS,<br><br>Defendants. | 19-CV-610-RWL<br><br>**ORDER AND JUDGMENT** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

WHEREAS, on June 21, 2022, the Court entered a Second Amended Judgment in favor of the Plaintiffs and against Defendants (see Dkt. 310) (the "Second Amended Judgment"); and

WHEREAS, on September 22, 2022, the Court entered a supplemental Judgment awarding Plaintiffs attorney's fees (see Dkt. 322) (the "Supplemental Judgment"); and

WHEREAS, on May 16, 2026, the Court entered Final Judgment in *Brooks v. Dash, et al.*, No. 24-CV-9550 (Dkt. 20) (the "*Brooks* Judgment"); and

WHEREAS the *Brooks* Judgment granted judgment in favor of the plaintiff in that case and against defendants Damon Dash, The Dash Group LLC, and Poppington LLC d/b/a Dame Dash Studios; and

WHEREAS the *Brooks* Judgment adjudicated (1) The Dash Group LLC to have successor liability from Poppington LLC; (2) The Dash Group LLC and Poppington LLC to have entered into de facto merger; and (3) Poppington LLC and The Dash Group LLC

to have violated New York's fraudulent conveyance law (collectively, the "Joint Liability Adjudications"); and

WHEREAS Plaintiffs have demonstrated that Poppington LLC and The Dash Group LLC are collaterally estopped from re-litigating the Joint Liability Adjudications in the instant case;

IT IS HEREBY ORDERED AND ADJUDGED that The Dash Group LLC is liable for all judgments entered in the instant case, including both the Second Amended Judgment and the Supplemental Judgment.

SO ORDERED AND ADJUDGED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2026
New York, New York